Erik S. Syverson (SBN 221933)
    erik@syversonlaw.com
Steven T. Gebelin (SBN 261507)
    steven@syversonlaw.com
Scott M. Lesowitz (SBN 261759)
    scott@syversonlaw.com
**SYVERSON, LESOWITZ & GEBELIN LLP**
8383 Wilshire Boulevard, Suite 520
Beverly Hills, California 90211
Telephone: (310) 341-3072
Facsimile:  (310) 341-3070

Attorneys for Plaintiff Dr. Jonathan C. Ellis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JONATHAN C. ELLIS, an individual | Case No.: 2:18-cv-10077 |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| DUN AND BRADSTREET, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff DR. JONATHAN C. ELLIS, by and through his attorneys, and for a complaint against the Defendants, hereby alleges as follows:

## NATURE OF THE CASE

1.     This matter concerns the egregious and completely false defamation of a highly respected and well-regarded Beverly Hills gastroenterologist by business report specialist DUN AND BRADSTREET, INC. ("D&B").  Without any basis in fact, D&B falsely reported to users of its information services that Plaintiff DR. JONATHAN C. ELLIS ("Dr. Ellis" or "Plaintiff") had been arrested and charged with multiple crimes based in pedophilia and arranging for sex with a minor.  Moreover, D&B emphasized the completely false allegations of pedophilia as a "Special Event" on its DNBi Risk Management Report for Doheny Endosurgical Center, A Medical Corporation ("Doheny Center") where Dr. Ellis' gastroenterology practice is based.  D&B further repeated that "Special Event" as having a negative impact on the creditworthiness ratings it gave to, the Doheny Center, which was itself a paying customer of D&B.

2.     As a result of the outrageous and toxic defamation, Dr. Ellis has suffered and continues to suffer extraordinary damages to his personal and professional reputation, emotional distress, and significant economic losses.

## THE PARTIES

3.     Plaintiff DR. JONATHAN C. ELLIS ("Dr. Ellis" or "Plaintiff") is a distinguished physician based in Beverly Hills, California and a resident of Los Angeles County, California. With over thirty years of experience as a top gastroenterologist, Dr. Ellis is widely known for his compassionate and expert patient care. Dr. Ellis has garnered numerous awards and accolades over the years, including recognition as a top doctor by Castle-Connolly and *Best Doctors*.

4.     Named 'Top Two Best Gastroenterologists in LA' by Angeleno magazine, Dr. Ellis specializes in consultation and management involving all gastrointestinal disorders, as well as numerous routine screenings and other specialized procedures. In

addition to his private practice specializing in diagnosing and treating gastrointestinal tract disorders, Dr. Ellis also teaches as an Associate Clinical Professor of Medicine at UCLA's Geffen School of Medicine.

5.   Dr. Ellis received his B.S. from Stanford University in 1978, majoring in biology and achieving honors in humanities. He continued at Stanford, finishing his M.D. in 1982, and went on to complete his residency in internal medicine at Cedars-Sinai Medical Center in Los Angeles where he served as Chief Resident, and then a fellowship at UCLA. Dr. Ellis holds Lifetime Board Certification in both Internal Medicine and Gastroenterology. Despite not being required to do so, in accordance with his goal of ongoing excellence, Dr. Ellis participates in the Maintenance of Certification (MOC) program instituted by the American Board of Internal Medicine.

6.   Dr. Ellis is not contracted with any health insurance programs, which alters the mix of patients that he sees, making his excellent reputation even more critical to his ability to attract and service new and continuing patients.

7.   As part of his medical practice, Dr. Ellis is an owner of and serves as the Chief Executive Officer of Doheny Endosurgical Center, A Medical Corporation (the "Doheny Center").  The Doheny Center is a physician owned state of the art outpatient ambulatory surgical facility that focuses on providing the highest level of patient care in a comfortable and safe environment.

8.   On information and belief, defendant DUN AND BRADSTREET, INC. ("D&B") is a Delaware corporation with its principal place of business in Short Hills, New Jersey.  At all times relevant hereto, D&B operated its business of providing commercial data, analytics, and insights for businesses as further set forth herein.  On information and belief, D&B's 2017 revenues were more than $1.7 Billion, with the majority of its revenues coming from its "Risk Management Solutions" such as trade credit worthiness reporting.

9.   Plaintiff does not know the true names or capacities, whether individual, associate, corporate or otherwise, of the Defendants sued herein as Does l through 10,

inclusive, and Plaintiff therefore sues said defendants by such fictitious names pursuant to Section 474 of the California Code of Civil Procedure. Plaintiff will amend this Complaint to state the true names and capacities of these defendants once Plaintiff discovers this information.

10. Plaintiff is informed and believes, and based thereon alleges that each of the Doe Defendants sued herein by a fictitious name is in some way liable and responsible to Plaintiff on the facts herein alleged for Plaintiff's damages, and such injuries were proximately caused by such Defendants.  Plaintiff is informed and believes and thereon allege that at all times relevant hereto, each of the defendants D&B and Does 1 through 10, inclusive (collectively "Defendants") was the agent, affiliate, officer, director, manager, principal, alter-ego, co-conspirator, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of the Plaintiff's rights and the damages to the Plaintiff proximately caused thereby.

## JURISDICTION AND VENUE

11. This Court has subject matter jurisdiction under 28 U.S.C. § 1332, as the suit is between parties that are citizens of different States and that the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. This Court has personal jurisdiction over the Defendants as D&B conducts substantial business in Los Angeles, California and their tortious and unlawful conduct occurred in and/or was directed at California.

13. This district is the proper venue pursuant to 28 U.S.C. § 1391 because Plaintiff resides herein, and a substantial part of the acts or omissions giving rise to Plaintiff's claims occurred in this District, and, on information and belief, Defendants are subject to jurisdiction within the district and do business in this District.

# FACTUAL BACKGROUND

14. On information and belief, in or about April 2018, Defendants modified D&B's DNBi Risk Management Report (one of D&B's "Risk Management Solutions" products) regarding Doheny Center (the "Report") with a "Special Event" as follows:

> "04/17/2018 -CRIMINAL PROCEEDINGS :
>
> According to a published report dated Apr 12, 2018, Jonathon Ellis was arrested and charged with four felony counts of distributing or showing pornography to a minor and one misdemeanor count of arranging a meeting with a minor for lewd purpose."

A true and correct copy of the Report is attached hereto as **Exhibit A**.

15. The Report further identified Dr. Ellis as the Chief Executive of the Doheny Center. The report repeatedly noted the "Special Event" as a key factor in its negative rating of the Doheny Center's credit worthiness.

16. The allegation that Dr. Ellis was arrested and charged with pedophilia crimes is absolutely false. Instead, it appears that D&B falsely connected Dr. Ellis with a report that an entirely different person had been arrested, Jonathon Ellis of Long Beach, California. On information and belief, the arrested Jonathon Ellis was 35 at the time of his arrest, worked as a general physician at the College Medical Center in Long Beach, looks nothing like Dr. Ellis, and even spells his first name differently from Dr. Ellis. The reportedly arrested Jonathon Ellis has no connection whatsoever to Dr. Ellis or the Doheny Center and even a minimal amount of investigation would have revealed as much to Defendants, such that Defendants had no reasonable basis to believe that any statements about Jonathon Ellis were connected to Dr. Ellis or the Doheny Center.

17. D&B's false claim that Dr. Ellis was involved in pedophilia was published by Defendants to multiple people in the community, especially those with professional connections and existing business relationships with Dr. Ellis and his practice at the Doheny Center. The false accusation made by Defendants has spread from the D&B

report and among the community, causing further damage to Plaintiff's reputation and business.

## FIRST CAUSE OF ACTION

### (LIBEL PER SE– Against All Defendants)

18. Plaintiff hereby re-alleges, as if fully set forth herein, the allegations of the preceding paragraphs.

19. The Report is libelous because the language therein contains defamatory meanings, as opposed to innocent meanings. The Report falsely charges Dr. Ellis with credible allegations of criminal pedophilia (*i.e.* sending multiple lewd pictures to a minor and arranging for a sexual encounter with a minor), thereby making false and unprivileged statements about Plaintiff that have a tendency of injuring Plaintiff's reputation in the community and in his business.

20. The Report is libelous on its face because it charges Dr. Ellis with pedophilia and Doheny Center with being run by a pedophile.

21. The Report's defamatory statements were either known by D&B and DOES (collectively "Defendants") to be false or Defendants acted in reckless disregard of the truth and the rights of Plaintiff when they wrote and published the Report with the defamatory statements. Defendants acted without any reasonable basis for believing the truth of the statements made in the Report, despite D&B's business model intending that the Report would be viewed and relied upon by persons who were in existing or potential business relationships with Plaintiff, such as other medical professionals, patients, prospective patients, employees, prospective employees, and other persons considering whether to enter into business relationships with Plaintiff.

22. As a result of the Report, Plaintiff has suffered loss of business opportunities, loss of reputation, emotional distress, shame, mortification and hurt feelings, all to his general damage in an amount to be proven at trial, but not less than $15,000,000.

23.     Plaintiff alleges that the defamatory content of the Report was written and published by Defendants with malice and/or oppression in that the content of the postings contain false, defamatory statements that were made by Defendants with extreme indifference to Plaintiff's rights, at a level which decent citizens should not have to tolerate.  Plaintiff is therefore entitled to punitive damages.

## SECOND CAUSE OF ACTION

### (FALSE LIGHT PUBLICITY – Against All Defendants)

24.     Plaintiff hereby re-alleges, as if fully set forth herein, the allegations of the preceding paragraphs.

25.     As set forth more fully above, Defendants publicized information or material that showed Dr. Ellis and the Doheny Center in a false light by connecting Dr. Ellis to a criminal arrest for charges of pedophilia and Doheny Center with being owned and run by a pedophile.

26.     As is apparent from the reprehensible pedophilia alleged by the Report, the false light created by the publication would be highly offensive to a reasonable person in Plaintiff's position;

27.     Defendants either knew the publication would create a false impression about Dr. Ellis and Doheny Center, acted with reckless disregard for the truth, and/or was grossly negligent in determining the truth of the implication created by its publication in the Report.

28.     Plaintiff sustained harm to his property, business, profession, or occupation, emotional distress, emotional distress, shame, mortification and hurt feelings and Defendants' acts in publishing the statement placing Plaintiff in a false light was a substantial factor in causing Plaintiff's harm.

29.     Plaintiff alleges that the offensive and false light created by the Report was written and published by Defendants with malice and/or oppression in that the content of the Report contains false and derogatory statements that were made by Defendants with

extreme indifference to Plaintiff's rights, at a level which decent citizens should not have to tolerate.  Plaintiff is therefore entitled to punitive damages.

## PRAYER

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. General damages in an amount according to proof but no less than $15,000,000;
2. Special damages in an amount according to proof but no less than $7,500,000;
3. Punitive damages;
4. Interest in an amount according to proof;
5. Reasonable attorneys' fees and costs of suit incurred herein; and
6. Such further relief as the Court may deem just and proper.

Date: December 3, 2018          **SYVERSON, LESOWITZ & GEBELIN LLP**

By: _____
Erik S. Syverson
Steven T. Gebelin
Scott M. Lesowitz
Attorneys for Plaintiff Dr. Jonathan C. Ellis

**DEMAND FOR TRIAL BY JURY**

Plaintiff DR. JONATHAN C. ELLIS hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure and L.R. 38-1.

Date: December 3, 2018     **SYVERSON, LESOWITZ & GEBELIN LLP**

By: _____
Erik S. Syverson
Steven T. Gebelin
Scott M. Lesowitz
Attorneys for Plaintiff Dr. Jonathan C. Ellis

# **EXHIBIT A**



**Printed By:** Patrick McAtee
**Date Printed:** May 23, 2018

**Disclaimer:** The software and information ("Services") accessed herein were developed exclusively at private expense, and are proprietary to Dun & Bradstreet, Inc., and its affiliates and subsidiaries (collectively, "D&B"), and may include copyrighted works, trade secrets, or other materials created by D&B at great effort and expense.

If the Customer accessing the Services is part of the executive, legislative or judicial branches of the U.S. Federal Government, the Services contained herein are a Commercial Item as that term is defined in FAR 2.101, and are comprised of Technical Data, Computer Software and Computer Software Documentation as those terms are defined in FAR 52.227-14(a) and DFAR 252.227-13.

Customer's rights to use the Services are as described in the government contract signed between D&B and the Government.

Under no circumstances will the Customer accessing the Services have greater rights in the Services provided hereunder than "Limited Rights" as that term is defined in FAR 52.227-14 (ALT II) and DFAR 252.227-7013(f) and "Restricted Rights" as that term is defined in FAR 52.227-14 (ALT III) and DFAR 252.227-7014(f), respectively.

## Account : DOHENY ENDOSURGICAL CENTER A

**D-U-N-S® Number:** 62-442-6107 - DOHENY ENDOSURGICAL CENTE
**Account Number:** 20025799
**Endorsement/Billing Reference:** Patrick.McAtee@olympus.com

| D&B Address | | Account Address | | | |
|---|---|---|---|---|---|
| Address | 9090 Wilshire Blvd Ste 100 Beverly Hills, CA, US - 90211 | Address | 9090 WILSHIRE BLVD, STE 100 BEVERLY HILLS, CA, US - 90211-1849 | | |
| Phone | 310 246-2555 | Phone | | | |
| Fax | 310-285-0819 | Fax | | | |
| Location Type | Single Location | | | | |

**Assigned to:** Credit Department
**Account Created:** 01/08/2018
**Last View Date:** 05/22/2018
**Last Import Date:** 01/08/2018
**Endorsement:** Patrick.McAtee@olympus.com

## Company Summary

**Currency:** Shown in USD unless otherwise indicated

### Score Bar

| | | | |
|---|---|---|---|
| **PAYDEX®** | ↑ | **69** | Paying 16 days past due |
| **Commercial Credit Score Percentile** | ↑ | **20** | Moderate to High Risk of severe payment delinquency. |
| **Financial Stress Score National Percentile** | ↓ | **1** | High Risk of severe financial stress. |
| **D&B Viability Rating** | | 7 9 B K | View More Details |
| **Bankruptcy Found** | | **No** | |
| **D&B Rating** | | **DS** | The information available does not permit us to classify the company. |

### Account Review Reasons

**Status:** No Action Recommended

**Status:** No Action Recommended

**Detailed Trade Risk Insight™**

Days Beyond Terms Past 3 Months

**0**
Days

Dollar-weighted average of **3** payment experiences reported from **3** Companies

| Recent Derogatory Events | | | |
|---|---|---|---|
| | Mar-18 | Apr-18 | May-18 |
| **Placed for Collection** | - | - | - |
| **Bad Debt Written Off** | - | - | - |

**D&B Viability Rating**

| | |
|---|---|
| 7 | **Viability Score: 7** |
| 9 | **Portfolio Comparison: 9** |
| B | **Data Depth Indicator: B** |
| K | **Company Profile: K** |

| Financial Data | Trade Payments | Company Size | Years in Business |
|---|---|---|---|
| Not Available | Available (3+Trade) | Small | Established |

**Current Credit Terms**

| | |
|---|---|
| Actual Credit Limit(USD) | Not Set |
| Previous Credit Limit(USD) | Not Available |
| Actual Payment Terms | Not Set |
| Actual Early Payment Discount | Not Set |
| Actual Term Status | Not Set |
| Total Outstanding | 0.00 |
| Credit Limit Remaining | |

**Company Overview**

This is a single location

| | |
|---|---|
| **Chief Executive** | JONATHAN C ELLIS, PRIN |
| **Year Started** | 2006 |
| **Employees** | UNDETERMINED |
| **SIC** | 8011 |
| **Line of business** | Medical doctor's office |
| **NAICS** | 621493 |

**FirstRain Company News**



⚠️ This Company is not currently tracked for Company News

*Powered by* FirstRain

**Public Filings**

The following data includes both open and closed filings found in D&B's database on this company.

| Record Type | Number of Records | Most Recent Filing Date |
|---|---|---|
| Bankruptcies | 0 | - |
| Judgments | 0 | - |
| Liens | 0 | - |
| Suits | 0 | - |
| UCCs | 0 | - |

The public record items contained herein may have been paid, terminated, vacated or released prior to today's date.

# Predictive Scores

**Currency:** Shown in USD unless otherwise indicated 

### D&B Viability Rating Summary

The D&B Viability Rating uses D&B's proprietary analytics to compare the most predictive business risk indicators and deliver a highly reliable assessment of the probability that a company will go out of business, become dormant/inactive, or file for bankruptcy/insolvency within the next 12 months. The D&B Viability Rating is made up of 4 components:

**7** | **Viability Score** | Lowest Risk: 1 | Highest Risk: 9

**Compared to All US Businesses within the D&B Database:**

- Level of Risk: **High to Moderate Risk**
- Businesses ranked 7 have a probability of becoming no longer viable: **27 %**
- Percentage of businesses ranked 7: **14 %**
- Across all US businesses, the average probability of becoming no longer viable: **14 %**

**9** | **Portfolio Comparison** | Lowest Risk: 1 | Highest Risk: 9

**Compared to All US Businesses within the same MODEL SEGMENT:**

- Model Segment : **Established Trade Payments**
- Level of Risk: **High Risk**
- Businesses ranked 9 within this model segment have a probability of becoming no longer viable: **23 %**
- Percentage of businesses ranked 9 with this model segment: **3 %**
- Within this model segment, the average probability of becoming no longer viable: **5 %**

| **B** | **Data Depth Indicator** | Predictive Data:A   Descriptive Data:G |
|---|---|---|

**Data Depth Indicator:**

- ✔ Rich Firmographics
- ✔ Extensive Commercial Trading Activity
- ✔ Basic Financial Attributes

Greater data depth can increase the precision of the D&B Viability Rating assessment.

| **K** | **Company Profile** | Financial Data | Trade Payments | Company Size | Years in Business |
|---|---|---|---|---|---|
| | | Not Available | Available (3+ Trade) | Small | Established |

**Company Profile Details:**

- Financial Data: **Not Available**
- Trade Payments: **Available** (3+ Trade)
- Company Size: **Small** (Employees: <10 and Sales: <$10K or Missing)
- Years in Business: **Established** (5+)

## Credit Capacity Summary

This credit rating was assigned because of D&B's assessment of the company's creditworthiness. For more information, see the

D&B Rating Key

| D&B Rating : | **DS** |
|---|---|

The DS rating indicates that the information available does not permit D&B to classify the company within our rating key.

| **Number of Employees Total:** | UNDETERMINED |
|---|---|

| **Payment Activity:** | (based on 11 experiences) |
|---|---|
| **Average High Credit:** | 810 |
| **Highest Credit:** | 2,500 |
| **Total Highest Credit:** | 9,550 |

## D&B Credit Limit Recommendation

Due to adverse or incomplete information, we are unable to provide a Credit Limit Recommendation for this business. Please contact your sales representative or D&Bs Customer Resource Center at 800-234-3867 for assistance.

The Credit Limit Recommendation (CLR) is intended to serve as a directional benchmark for all businesses within the same line of business or industry, and is not calculated based on any individual business. Thus, the CLR is intended to help guide the credit limit decision, and must be balanced in combination with other elements which reflect the individual company's size, financial strength, payment history, and credit worthiness, all of which can be derived from D&B reports.

Risk is assessed using D&Bs scoring methodology and is one factor used to create the recommended limits. See Help for details.

## Financial Stress Class Summary

The Financial Stress Score predicts the likelihood of a firm ceasing business without paying all creditors in full, or reorganization or obtaining relief from creditors under state/federal law over the next 12 months. Scores were calculated using a statistically valid model derived from D&Bs extensive data files.

The Financial Stress Class of 5 for this company shows that firms with this class had a failure rate of 4.7% (470 per 10,000), which is 9.79 times higher than the average of businesses in D & B's database.

## Financial Stress Class : 5   (Lowest Risk:1; Highest Risk:5)

Higher than average risk of severe financial stress, such as a bankruptcy or going out of business with unpaid debt, over the next 12 months.

**Probability of Failure:**

Risk of Severe Financial Stress for Businesses with this Class: **4.70 %**  (470 per 10,000)
Financial Stress National Percentile :  **1**  (Highest Risk: 1; Lowest Risk: 100)
Financial Stress Score :  **1268**  (Highest Risk: 1,001; Lowest Risk: 1,875)
Average Risk of Severe Financial Stress for Businesses in D&B database: **0.48 %**  ( 48 per 10,000)

**The Financial Stress Class of this business is based on the following factors:**

Low Paydex Score.
Low proportion of satisfactory payment experiences to total payment experiences.
High proportion of slow payment experiences to total number of payment experiences.
UCC Filings reported.
Limited time in business
Special Event in the D & B Report

**Notes:**

The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.
The Probability of Failure shows the percentage of firms in a given Class that discontinued operations over the past year with loss to creditors. The Probability of Failure - National Average represents the national failure rate and is provided for comparative purposes.
The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&Bs file.
The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.

| Norms | National % |
|---|---|
| This Business | 1 |
| Region: PACIFIC | 52 |
| Industry: HEALTH CARE SERVICES | 58 |
| Employee range: | UN |
| Years in Business: 11-25 | 68 |

This Business has a Financial Stress Percentile that shows:

Higher risk than other companies in the same region.

Higher risk than other companies in the same industry.

Higher risk than other companies with a comparable number of years in business.

**Credit Score Summary**

The Commercial Credit Score (CCS) predicts the likelihood of a business paying its bills in a severely delinquent manner (91 days or more past terms).

The Credit Score class of 4 for this company shows that 9.4% of firms with this class paid one or more bills severely delinquent, which is lower than the average of businesses in D & B's database.

**Credit Score Class : 4**    Lowest Risk:1;Highest Risk :5

**Incidence of Delinquent Payment**

Among Companies with this Classification: **9.40 %**
Average compared to businesses in D&Bs database: **10.20 %**
Credit Score Percentile :  **20**  (Highest Risk: 1; Lowest Risk: 100)
Credit Score :  **473**  (Highest Risk: 101; Lowest Risk:670)

**The Credit Score Class of this business is based on the following factors:**

Recent high balance past due
Higher risk industry based on delinquency rates for this industry
Special Event in the D & B Report

**Notes:**

The Commercial Credit Score Risk Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience severe delinquency.
The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 91 days past due or more by creditors. The calculation of this value is based on D&B's trade payment database.
The Commercial Credit Score percentile reflects the relative ranking of a firm among all scorable companies in D&B's file.
The Commercial Credit Score offers a more precise measure of the level of risk than the Risk Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.

| Norms | National % |
|---|---|
| This Business | 20 |
| Region: PACIFIC | 50 |
| Industry: HEALTH CARE SERVICES | 69 |
| Employee range: | UN |
| Years in Business: 11-25 | 66 |

This business has a Credit Score Percentile that shows:

Higher risk than other companies in the same region.

Higher risk than other companies in the same industry.

Higher risk than other companies with a comparable number of years in business.

**Currency:** Shown in USD unless otherwise indicated

## D&B PAYDEX®

The D&B PAYDEX is a unique, weighted indicator of payment performance based on payment experiences as reported to D&B by trade references. Learn more about the D&B PAYDEX

Timeliness of historical payments for this company.

| | | |
|---|---|---|
| **Current PAYDEX is** | 69 | Equal to 16 days beyond terms ( Pays more slowly than the average for its industry of generally within terms ) |
| **Industry Median is** | 80 | Equal to generally within terms |
| **Payment Trend currently is** | | Unchanged, compared to payments three months ago |

Indications of slowness can be the result of dispute over merchandise, skipped invoices etc. Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed.

| | |
|---|---:|
| **Total payment Experiences in D&Bs File (HQ)** | 11 |
| **Payments Within Terms (not weighted)** | 61 % |
| **Trade Experiences with Slow or Negative Payments(%)** | 27.27% |
| **Total Placed For Collection** | 0 |
| **Average High Credit** | 810 |
| **Largest High Credit** | 2,500 |
| **Highest Now Owing** | 2,500 |
| **Highest Past Due** | 1,000 |

## D&B PAYDEX® : 69  (Lowest Risk:100; Highest Risk:1)

When weighted by amount, payments to suppliers average 16 days beyond terms

## 3-Month D&B PAYDEX® : 77  (Lowest Risk:100; Highest Risk:1)

Based on payments collected over last 3 months.

When weighted by amount, payments to suppliers average 5 days beyond terms

## D&B PAYDEX® Comparison

**Current Year**

PAYDEX® of this Business compared to the Primary Industry from each of the last four quarters. The Primary Industry is Medical doctor's office , based on SIC code 8011 .

Shows the trend in D&B PAYDEX scoring over the past 12 months.

| | 6/17 | 7/17 | 8/17 | 9/17 | 10/17 | 11/17 | 12/17 | 1/18 | 2/18 | 3/18 | 4/18 | 5/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **This Business** | 65 | 68 | 68 | 65 | 68 | 65 | 65 | 69 | 67 | 67 | 69 | 69 |
| **Industry Quartiles** | | | | | | | | | | | | |
| Upper | 80 | . | . | 80 | . | . | 80 | . | . | 80 | . | . |
| Median | 80 | . | . | 80 | . | . | 80 | . | . | 80 | . | . |
| Lower | 75 | . | . | 74 | . | . | 74 | . | . | 74 | . | . |

Current PAYDEX for this Business is 69 , or equal to 16 days beyond terms
The 12-month high is 69 , or equal to 16 DAYS BEYOND  terms
The 12-month low is 65 , or equal to 19 DAYS BEYOND  terms

Previous Year

Shows PAYDEX of this Business compared to the Primary Industry from each of the last four quarters. The Primary Industry is Medical doctor's office , based on SIC code 8011 .

| Previous Year | 06/16 Q2'16 | 09/16 Q3'16 | 12/16 Q4'16 | 03/17 Q1'17 |
|---|---|---|---|---|
| **This Business** | 68 | 68 | 67 | 66 |
| **Industry Quartiles** | | | | |
| Upper | 80 | 80 | 80 | 80 |
| Median | 80 | 80 | 80 | 80 |
| Lower | 75 | 74 | 74 | 74 |

Based on payments collected over the last 4 quarters.

> Current PAYDEX for this Business is 69 , or equal to 16 days beyond terms
> The present industry median Score is 80 , or equal to generally within terms
> Industry upper quartile represents the performance of the payers in the 75th percentile
> Industry lower quartile represents the performance of the payers in the 25th percentile

## Payment Habits

For all payment experiences within a given amount of credit extended, shows the percent that this Business paid within terms. Provides number of experiences to calculate the percentage, and the total credit value of the credit extended.

| Credit Extended | # Payment Experiences | Total Amount | % of Payments Within Terms |
|---|---|---|---|
| Over 100,000 | 0 | 0 | 0% |
| 50,000-100,000 | 0 | 0 | 0% |
| 15,000-49,999 | 0 | 0 | 0% |
| 5,000-14,999 | 0 | 0 | 0% |
| 1,000-4,999 | 2 | 3,500 | 64% |
| Under 1,000 | 3 | 550 | 68% |

Based on payments collected over last 24 months.

Payment experiences reflect how bills are paid in relation to the terms granted. In some instances, payment beyond terms can be the result of disputes over merchandise, skipped invoices, etc.

## Payment Summary

There are 11 payment experience(s) in D&Bs file for the most recent 24 months, with 8 experience(s) reported during the last three month period.

The highest   Now Owes  on file is 2,500 . The highest   Past Due  on file is 1,000

Below is an overview of the company's currency-weighted payments, segmented by it's supplier's primary industries

| | Total Revd (#) | Total Amts | Largest High Credit | Within Terms (%) | Days Slow <31 (%) | 31-60 (%) | 61-90 | 90> |
|---|---|---|---|---|---|---|---|---|
| **Top Industries** | | | | | | | | |
| Mfg medical instrmnt | 1 | 2,500 | 2,500 | 50 | 50 | 0 | 0 | 0 |
| Ret misc merchandise | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |

8

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ret stationery | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Whol electrical equip | 1 | 50 | 50 | 0 | 0 | 0 | 0 | 100 |
| Misc business credit | 1 | 250 | 0 | 50 | 50 | 0 | 0 | 0 |
| **Other payment categories** | | | | | | | | |
| Cash experiences | 6 | 5,500 | 2,500 | | | | | |
| Payment record unknown | 0 | 0 | 0 | | | | | |
| Unfavorable comments | 0 | 0 | 0 | | | | | |
| Placed for collections | 0 | N/A | 0 | | | | | |
| **Total in D&B's file** | 11 | 9,550 | 2,500 | | | | | |

Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed.

Indications of slowness can be result of dispute over merchandise, skipped invoices, etc.

### Detailed payment history for this company

| Date Reported (mm/yy) | Paying Record | High Credit | Now Owes | Past Due | Selling Terms | Last Sale Within (month) |
|---|---|---|---|---|---|---|
| 04/18 | Ppt | 250 | 0 | 0 | N60 | 4-5 mos |
| | Ppt-Slow 30 | | 250 | 0 | | 1 mo |
| | (003) | 2,500 | 0 | 0 | Cash account | 2-3 mos |
| | (004) | 1,000 | 0 | 0 | Cash account | 1 mo |
| | (005) | 500 | 0 | 0 | Cash account | 2-3 mos |
| | (006) | 500 | 0 | 0 | Cash account | 1 mo |
| | (007) | 250 | 0 | 0 | Cash account | 2-3 mos |
| 03/18 | Ppt | 1,000 | 500 | 0 | | 1 mo |
| 08/17 | (009) | 750 | | | Cash account | 1 mo |
| 04/16 | Ppt-Slow 30 | 2,500 | 2,500 | 1,000 | | 1 mo |
| | <span style="color:red">Slow 120</span> | <span style="color:red">50</span> | <span style="color:red">50</span> | <span style="color:red">50</span> | | |

Payments Detail Key: ■ 30 or more days beyond terms

Payment experiences reflect how bills are paid in relation to the terms granted. In some instances payment beyond terms can be the result of disputes over merchandise, skipped invoices, etc. Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

# Public Filings

**Currency:** Shown in USD unless otherwise indicated 🇺🇸

### Summary

A check of D&B's public records database indicates that no filings were found for DOHENY ENDOSURGICAL CENTE at 9090 Wilshire Blvd Ste 100 , Beverly Hills   CA .

D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and additions. It includes business-related suits, liens, judgments, bankruptcies, UCC financing statements and business registrations from every state and the District of Columbia, as well as select filing types from Puerto Rico and the U.S. Virgin Islands.

D&B collects public records through a combination of court reporters, third parties and direct electronic links with federal and local authorities. Its database of U.S. business-related filings is now the largest of its kind.

## Special Events

**Currency:** Shown in USD unless otherwise indicated 

**Special Events**

**04/17/2018 -CRIMINAL PROCEEDINGS :**

According to a published report dated Apr 12, 2018, Jonathon Ellis was arrested and charged with four felony counts of distributing or showing pornography to a minor and one misdemeanor count of arranging a meeting with a minor for lewd purpose.

This information may not be reproduced in whole or in part by any means of reproduction.

**Disclaimer:** The software and information ("Services") accessed herein were developed exclusively at private expense, and are proprietary to Dun & Bradstreet, Inc., and its affiliates and subsidiaries (collectively, "D&B"), and may include copyrighted works, trade secrets, or other materials created by D&B at great effort and expense.

If the Customer accessing the Services is part of the executive, legislative or judicial branches of the U.S. Federal Government, the Services contained herein are a Commercial Item as that term is defined in FAR 2.101, and are comprised of Technical Data, Computer Software and Computer Software Documentation as those terms are defined in FAR 52.227-14(a) and DFAR 252.227-13.

Customer's rights to use the Services are as described in the government contract signed between D&B and the Government.

Under no circumstances will the Customer accessing the Services have greater rights in the Services provided hereunder than "Limited Rights" as that term is defined in FAR 52.227-14 (ALT II) and DFAR 252.227-7013(f) and "Restricted Rights" as that term is defined in FAR 52.227-14 (ALT III) and DFAR 252.227-7014(f), respectively.

© 2005-2018 Dun & Bradstreet, Inc.