UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-10077 MRW | Date | January 18, 2019 |
|---|---|---|---|
| Title | Ellis v. Dun & Bradstreet | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER RE: CASE MANAGEMENT CONFERENCE

    1.    The parties consented to proceed to trial before Judge Wilner.  To advance the litigation efficiently, the Court will hold a case management conference on <u>February 13, 2019, at **11 a.m.**</u>  Judge Wilner sits in Courtroom 550, 5th Floor, Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California 90012.  Lead trial counsel must participate in the case management conference.  Any party may appear by telephone or Skype for this hearing: please contact Veronica Piper, courtroom deputy clerk, at (213) 894-0902 no later than one week before the conference to make such a request.

    2.    In advance of the hearing, the parties will meet in person or by telephone to discuss the items listed in Federal Rules of Civil Procedure 16 and 26(f) and Local Rule of Court 26-1.  The parties may supplement their discussion by e-mail or correspondence, but <u>must</u> have a face-to-face or telephonic discussion with each other.  The parties will submit a joint report of their meeting no later than <u>one week before the conference</u>.

    3.    The Court specifically values a detailed explanation of the parties' discovery plan, proposal for ADR, and recommended pretrial and trial schedule.  The parties may (but are not required to) use the attached form to suggest proposed litigation dates to the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-10077 MRW | Date | January 18, 2019 |
|---|---|---|---|
| Title | Ellis v. Dun & Bradstreet | | |

| Event | Date |
|---|---|
| Last Day to Amend Pleadings or Add Parties | |
| Fact Discovery to be Completed | |
| Expert Disclosure (if any) Produced | |
| Rebuttal Disclosure (if any) Produced | |
| Expert Discovery Concluded | |
| ADR Completed | |
| Last Day for Summary Judgment Motions to Be Heard | |
| Filing of PTC Order, Jury Instructions, and Other Trial Documents | |
| Pretrial Conference and Hearing on Pretrial Motions | |
| Trial | |